### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NENNEH SESAY,<br>*Plaintiff*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NOS.<br>22-CV-0082<br>22-CV-0083<br>22-CV-0119<br>22-CV-0934<br>22-CV-0936<br>22-CV-0938<br>22-CV-0939<br>22-CV-1026<br>22-CV-1061<br>22-CV-1062<br>22-CV-1067<br>22-CV-1068<br>22-CV-1069<br>22-CV-1158<br>22-CV-1254 |

## ORDER

AND NOW, this 12th day of April, 2022, upon consideration of Plaintiff Nenneh Sesay's Motions to Proceed *In Forma Pauperis* and Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254, and consistent with the accompanying Memorandum of Law, it is **ORDERED** that:

1. Sesay is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254.

2. The Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254 are **DEEMED** filed.

3. The Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254 are **DISMISSED** for the reasons discussed in the Court's Memorandum. Sesay may not amend her complaint in these cases as amendment would be futile. All of Sesay's claims are **DISMISSED WITH PREJUDICE** with the exception of any state law claims dismissed for lack of subject matter jurisdiction, which are **DISMISSED WITHOUT PREJUDICE** to Sesay's right to file these claims in an appropriate state court.

3. Sesay's Motions requesting to see the Judge and obtain a cash settlement (ECF 4, Civ. A. No. 22-0934); (ECF 3, Civ. A. No. 22-0936); (ECF 3, Civ. A. No. 22-0938); (ECF 3, Civ. A. No. 22-0939); and (ECF 3, Civ. A. No. 22-1254) are **DENIED AS MOOT**.

4. If Sesay files any more groundless complaints, the Court will consider the appropriateness of an injunction barring her from filing new civil actions on an *in forma pauperis* basis in the future.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.